# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**TX 7-330-920**

Effective date of registration:

February 28, 2011

---

## Title
**Title of Work:** Cleveland January 2011 PPM Arbitron Inc Radio Market Report

## Completion/Publication
**Year of Completion:** 2011
**Date of 1st Publication:** February 23, 2011    **Nation of 1st Publication:** United States

## Author
- **Author:** Arbitron Inc
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Arbitron Inc
9705 Patuxent Woods Drive, Columbia, MD, 21046, United States

## Rights and Permissions
**Organization Name:** Arbitron Inc
**Address:** 9705 Patuxent Woods Drive
Columbia, MD 21046 United States

## Certification
**Name:** Shelley Spears
**Date:** February 28, 2011
**Applicant's Tracking Number:** Cleveland PPM January 2011

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**TX 7-342-032**

Effective date of registration:

April 1, 2011

---

## Title
- **Title of Work:** Cleveland February 2011 PPM Arbitron Inc Radio Market Report

## Completion/Publication
- **Year of Completion:** 2011
- **Date of 1st Publication:** March 23, 2011
- **Nation of 1st Publication:** United States

## Author
- **Author:** Arbitron Inc
- **Author Created:** text
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright claimant
- **Copyright Claimant:** Arbitron Inc
  9705 Patuxent Woods Drive, Columbia, MD, 21046, United States

## Rights and Permissions
- **Organization Name:** Arbitron Inc
- **Address:** 9705 Patuxent Woods Drive
  Columbia, MD 21046 United States

## Certification
- **Name:** Shelley Spears
- **Date:** April 1, 2011
- **Applicant's Tracking Number:** Cleveland PPM February 2011

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**TX 7-344-153**

Effective date of registration:

April 25, 2011

---

## Title
- **Title of Work:** Cleveland March 2011 PPM Arbitron Inc Radio Market Report

## Completion/Publication
- **Year of Completion:** 2011
- **Date of 1st Publication:** April 21, 2011
- **Nation of 1st Publication:** United States

## Author
- **Author:** Arbitron Inc
- **Author Created:** text
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright claimant
- **Copyright Claimant:** Arbitron Inc
  9705 Patuxent Woods Drive, Columbia, MD, 21046, United States

## Rights and Permissions
- **Organization Name:** Arbitron Inc
- **Address:** 9705 Patuxent Woods Drive
  Columbia, MD 21046  United States

## Certification
- **Name:** Shelley Spears
- **Date:** April 25, 2011
- **Applicant's Tracking Number:** Cleveland PPM March 2011

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**TX 7-356-533**

Effective date of registration:

May 19, 2011

## Title
- **Title of Work:** Cleveland April 2011 PPM Arbitron Inc Radio Market Report

## Completion/Publication
- **Year of Completion:** 2011
- **Date of 1st Publication:** May 18, 2011
- **Nation of 1st Publication:** United States

## Author
- **Author:** Arbitron Inc
- **Author Created:** text
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright claimant
- **Copyright Claimant:** Arbitron Inc
  9705 Patuxent Woods Drive, Columbia, MD, 21046, United States

## Rights and Permissions
- **Organization Name:** Arbitron Inc
- **Address:** 9705 Patuxent Woods Drive
  Columbia, MD 21046 United States

## Certification
- **Name:** Shelley Spears
- **Date:** May 19, 2011
- **Applicant's Tracking Number:** Cleveland April 2011

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-371-787**

Effective date of registration:

June 17, 2011

---

## Title

**Title of Work:** Cleveland May 2011 PPM Arbitron Inc Radio Market Report

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** June 15, 2011          **Nation of 1st Publication:** United States

## Author

- **Author:** Arbitron Inc
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Arbitron Inc
9705 Patuxent Woods Drive, Columbia, MD, 21046, United States

## Rights and Permissions

**Organization Name:** Arbitron Inc
**Address:** 9705 Patuxent Woods Drive
Columbia, MD 21046 United States

## Certification

**Name:** Shelley Spears
**Date:** June 17, 2011
**Applicant's Tracking Number:** Cleveland PPM May 2011

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-384-404**

Effective date of registration:

July 14, 2011

---

## Title
- **Title of Work:** Cleveland June 2011 PPM Arbitron Inc Radio Market Report

## Completion/Publication
- **Year of Completion:** 2011
- **Date of 1st Publication:** July 14, 2011
- **Nation of 1st Publication:** United States

## Author
- **Author:** Arbitron Inc
- **Author Created:** text
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright claimant
- **Copyright Claimant:** Arbitron Inc
  9705 Patuxent Woods Drive, Columbia, MD, 21046, United States

## Rights and Permissions
- **Organization Name:** Arbitron Inc
- **Address:** 9705 Patuxent Woods Drive
  Columbia, MD 21046 United States

## Certification
- **Name:** Shelley Spears
- **Date:** July 14, 2011
- **Applicant's Tracking Number:** Cleveland PPM June 2011

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

TX 7-401-854

**Effective date of registration:**

August 10, 2011

## Title
**Title of Work:** Cleveland July 2011 PPM Arbitron Inc Radio Market Report

## Completion/Publication
**Year of Completion:** 2011
**Date of 1st Publication:** August 10, 2011        **Nation of 1st Publication:** United States

## Author
- **Author:** Arbitron Inc
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Arbitron Inc
9705 Patuxent Woods Drive, Columbia, MD, 21046, United States

## Rights and Permissions
**Organization Name:** Arbitron Inc
**Address:** 9705 Patuxent Woods Drive
Columbia, MD 21046 United States

## Certification
**Name:** Shelley Spears
**Date:** August 10, 2011
**Applicant's Tracking Number:** Cleveland PPM July 2011

Page 1 of 1

# EXHIBIT 2

Int. Cl.: 16, 35

Prior U.S. Cl.: 38, 101

## United States Patent Office

Reg. No. 1,023,753
Registered Oct. 28, 1975

## TRADEMARK
## SERVICE MARK
**Principal Register**

### ARBITRON

Control Data Corporation (Delaware corporation)
8100 34th Ave. S.
Minneapolis, Minn.  55440

For: MEASUREMENT SURVEY REPORTS—NAMELY, ALL TYPES OF RADIO AND TELEVISION AUDIENCE AND BROADCAST MEDIA MARKET REPORTS, AND ADVERTISER BRAND AND MARKET SURVEY REPORTS—in CLASS 16 (U.S. CL. 38).

For: SPECIAL STUDIES REPORTS INVOLVING SURVEY TECHNIQUES PREPARED TO THE ORDER OF THE CUSTOMER, in CLASS 35 (U.S. CL. 101).

First use Dec. 19, 1957; in commerce Sept. 1, 1958.
Owner of Reg. Nos. 749,446, 983,376, and others.

Ser. No. 34,025, filed Oct. 7, 1974.

C. J. CONDRO, Examiner

Int. Cl.: 35

Prior U.S. Cls.: 100, 101, and 102

**United States Patent and Trademark Office**

Reg. No. 3,583,706
Registered Mar. 3, 2009

## SERVICE MARK
### PRINCIPAL REGISTER

# ARBITRON PPM

ARBITRON INC. (DELAWARE CORPORATION)
9705 PATUXENT WOODS DRIVE
COLUMBIA, MD 21046

FOR: CONDUCTING AUDIENCE MEASUREMENT SURVEYS, MEDIA EXPOSURE MEASUREMENT SURVEYS; BUSINESS RESEARCH AND MARKET RESEARCH; MARKET RESEARCH SERVICES REGARDING AUDIENCE MEASUREMENT AND MEDIA EXPOSURE MEASUREMENT; BUSINESS RESEARCH AND MARKET RESEARCH INFORMATION TO CUSTOMERS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-0-2006; IN COMMERCE 5-0-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,004,086 AND 1,023,753.

SN 76-623,819, FILED 12-9-2004.

NORA BUCHANAN WILL, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# PPM

**Reg. No. 4,124,546**

**Registered Apr. 10, 2012**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

ARBITRON INC. (DELAWARE CORPORATION)
9705 PATUXENT WOODS DRIVE
COLUMBIA, MD 21046

FOR: DOWNLOADABLE ELECTRONIC PUBLICATIONS IN THE NATURE OF REPORTS IN THE FIELDS OF AUDIENCE MEASUREMENT, MEDIA EXPOSURE MEASUREMENT, MARKET RESEARCH AND BUSINESS RESEARCH; ELECTRONIC PUBLICATIONS, NAMELY, REPORTS IN THE FIELDS OF AUDIENCE MEASUREMENT, MEDIA EXPOSURE MEASUREMENT, MARKET RESEARCH AND BUSINESS RESEARCH RECORDED ON COMPUTER MEDIA, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-31-2002; IN COMMERCE 7-1-2002.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-317,772, FILED 5-11-2011.

ELI HELLMAN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.
>
> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

> **The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.



# United States of America
## United States Patent and Trademark Office

# PPM

**Reg. No. 4,074,012**  ARBITRON INC. (DELAWARE CORPORATION)
9705 PATUXENT WOODS DRIVE
**Registered Dec. 20, 2011** COLUMBIA, MD 21046

**Int. Cl.: 16**  FOR: PRINTED MATTER, NAMELY REPORTS IN THE FIELD OF AUDIENCE MEASURE-
MENT, MEDIA EXPOSURE MEASUREMENT, MARKET RESEARCH AND BUSINESS RE-
SEARCH; USER MANUALS FOR SOFTWARE IN THE FIELD OF AUDIENCE MEASURE-
**TRADEMARK** MENT MEDIA EXPOSURE MEASUREMENT, MARKET RESEARCH AND BUSINESS RE-
SEARCH, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).
**PRINCIPAL REGISTER**
FIRST USE 5-31-2001; IN COMMERCE 9-18-2002.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-317,793, FILED 5-11-2011.

ELI HELLMAN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

>    *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.
>
>    *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
>    *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

>    You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

> **The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

*****ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**United States of America**

**United States Patent and Trademark Office**

# PPM

**Reg. No. 4,134,324**  ARBITRON INC. (DELAWARE CORPORATION)
**Registered May 1, 2012**  9705 PATUXENT WOODS DRIVE
COLUMBIA, MD 21046

**Int. Cl.: 41**  FOR: PROVIDING NON-DOWNLOADABLE ON-LINE PUBLICATIONS IN THE NATURE OF REPORTS IN THE FIELDS OF AUDIENCE MEASUREMENT, MEDIA EXPOSURE MEASUREMENT, MARKET RESEARCH AND BUSINESS RESEARCH, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

**SERVICE MARK**

**PRINCIPAL REGISTER**  FIRST USE 9-30-2008; IN COMMERCE 9-30-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-317,811, FILED 5-11-2011.

ELI HELLMAN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.
>
> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

*****ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.