# EXHIBIT 3



Bringing Local Internet Radio Advertising to Cleveland!





# Bringing Local Internet Radio Advertising to Cleveland!



**wkyc** cleveland, ohio

**PANDORA®** internet radio

## BENEFITS FOR UTILIZING PANDORA RADIO

- No clutter! Pandora serves only one ad every 20 minutes in-between songs.
- Only One Ad per Screen – 100% Share of Screen
- Audience is Guaranteed, not estimated
- No wasted Impressions!
- We are the only way to buy Pandora Locally in Northeast Ohio!







# The Pandora Audience in Cleveland

- **Reach** A35–64: 45%
- **Ave Weekly # of Thumbs:** 1,389,360
- **Registered users:** 1,326,416 (as of Nov 2011)
- **Ave Weekly # of Stations created:** 256,918
- **Monthly Uniques:** A35–64: 110,273
- **Gender Ratio:** 50% Women / 50% Men
- **Avg Monthly Display + Audio Impressions:** 5 Million

# The Pandora Advantage

Pandora delivers personalized, targeted information to your consumer, with less clutter and measureable results.

| | Broadcast Radio | Pandora |
|---|---|---|
| Personalized (Self Programmed) | No | Yes |
| Commercial Load | High (10–12 Minutes/hours) | Low (3 per hour/under 2 min) |
| On–Air Personalities | Yes | No |
| Audience Delivery | Estimated | Actual |
| Targeting | Demo Skewed | Zip, Age, Gender, Genre |
| Response Tracking | No | Yes |
| Visual Display | No | Yes |

# Mobile & Internet Combined Package

### Part 1 – Mobile Portion



### Part 2 – Desktop/Laptops





**Benefits**

- Add an innovative and interactive custom audio message that is delivered to Pandora listeners between songs.
- Your audio/radio spot will be :15 seconds long.
- No clutter! Pandora serves only one ad every 20 minutes in–between songs.
- Your audio spot will have a 300x250 ad unit and a companion tile (500x500) on <u>desktops</u> plus a 500x500 web/audio ad on all <u>Mobile</u> devices.

# Pandora In Cleveland – Demo Comparison

| Mon–Sun, 6a–12a | Adults 35–64 yrs | | Adults 25–54 yrs | |
|---|---|---|---|---|
| | AQH Rating | Cume Rating | AQH Rating | Cume Rating |
| Cleveland | 1.0 | 20.7% | 0.7 | 14.0% |

WHLK–FM (106.5)  1.2
WMMS–FM (100.7)  0.9
WAKS–FM (96.5)  0.8
WZAK–FM (93.1)  0.8
WQAL–FM (104.1)  0.8
WTAM–AM (1100)  0.8
WGAR–FM (99.5)  0.7
WDOK–FM (102.1)  0.7
WMJI–FM (105.7)  0.7

PANDORA

Reach encompasses all of these Radio Station Formats Combined

Source: Edison/Arbitron research M–F 6a–7p Adults 18+
Cleveland 7BK Jan11–Jul11 MSA ARB PPM

# The Pandora *Test* Packages

## Package #1 – Audio Only

**Cost: $2,500/month**
*Minimum of 2 Month Period

125,000 Banner Ads

125,000 *Audio* Ads

COMBINED GUARANTEED!!

## Package #2 – Audio & Video

**Cost: $3,750/month**
*Minimum of 2 Month Period

125,000 Banner Ads

125,000 *Video* Ads

COMBINED GUARANTEED!!

Each Audio/Radio ad will only be served to people who are listening.

Each virtual impression will only be served upon interaction.

There are no wasted messages, only guarantees!

